2/8/2019 2:46 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 31057708
By: Miaeda Hutchinson
Filed: 2/8/2019 2:46 PM

CAUSE NO. _____

| | | |
|---|---|---|
| David Larkins | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| U.S. Well Services, Inc.; and | § | |
| U.S. Well Services, LLC | § | |
| | § | |
| *Defendant*. | § | \_\_\_th JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff **David Larkins** complains of Defendants **U.S. Well Services, Inc. and U.S. Well Services, LLC** (collectively, "Defendants"), and would respectfully show that:

### I.
### DISCOVERY CONTROL PLAN

1. Plaintiff pleads Level 2.

### II.
### JURISDICTION AND VENUE

2. The claims asserted arise under the common law of Texas. This Court has personal jurisdiction over Defendants reside in Texas. Venue is proper because Defendants reside in Harris County. This case is not removable to federal court under the so-called "forum-defendant rule" because Defendants reside in Harris County, Texas.

### III.
### PARTIES

3. Plaintiff is a Texas resident.

**EXHIBIT A**

4.       Defendant **U.S. Well Services, LLC** is a foreign limited-liability company headquartered in Houston, Texas. It may be served with process via its registered agent, **Cogency Global, Inc., 1601 Elm Street, Dallas, Texas 75201.**

5.       Defendant **U.S. Well Services, LLC** is a foreign for-profit corporation headquartered in Houston, Texas. It may be served with process via its registered agent, **Daniel T. Layton, 2100 West Loop South, 16th Floor, Houston, Texas 77027.**.

## IV.
### FACTS

6.       This lawsuit is necessary as a result of motor-vehicle explosion that occurred on or about December 2, 2018. On the date in question, Plaintiff was employed by Non-Party Acme Truck Line, Inc. as a driver who would drive trucks owned and/or maintained by different companies to predetermined locations. On the date in question, Plaintiff was driving a truck owned and/or maintained by Defendant(s) U.S. Well Services, Inc. and/or U.S. Well Services, LLC near or in Bryan, Texas. Without warning, the truck's motor blew up, causing Plaintiff to take emergent action which resulted in Plaintiff driving into a ditch.

7.       As a result of the incident, Plaintiff broke his right tibia and sustained severe injuries to his neck, back, abdominal region, and other parts of his body. In addition, Plaintiff has suffered from mental and emotional trauma as a result of the incident.

8.       The accident at issue occurred as a direct and proximate result of Defendants' negligence, negligence *per se*, and gross negligence when Defendants:

      a.       Failed to properly maintain their vehicle;

      b.       Failed to properly inspect their vehicle;

**EXHIBIT A**

    c.    Failed to take measures to ensure proper maintenance of their vehicle;

    d.    Failed to take measures to ensure proper inspection of their vehicle;

    e.    Failed to warn Plaintiff of hidden and/or latent dangers associated with the vehicle;

    f.    Failed to take reasonable steps to make their vehicle safe for operation;

    g.    Failed to train their employees;

    h.    Failed to supervise their employees;

    i.    Violated applicable, local, state, and federal laws and/or regulations; and

    j.    Other acts so deemed negligent.

9. As a result of said occurrences, Plaintiff sustained severe injuries, which resulted in physical pain, mental anguish, disfigurement, and other medical problems. Plaintiff has sustained severe pain, physical impairment, disfigurement, discomfort, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and/or will incur pharmaceutical and medical expenses in connection with his injuries.

10. Further, Defendants acted knowingly and/or recklessly, committing gross negligence. Accordingly, Plaintiff is entitled to and seeks exemplary damages.

11. Pursuant to Rule 47, Plaintiff seeks monetary relief within the jurisdictional limits of this Court and over $1,000,000.00.

**EXHIBIT A**

## V.
### J<small>URY</small> D<small>EMAND</small>

12. Plaintiff hereby demands a trial by jury.

## VI.
### P<small>RAYER</small>

Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants, both jointly and severely, in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, exemplary damages, and all such other and further relief, to which he may show himself justly entitled.

DATED: February 6, 2019

EXHIBIT A

Respectfully submitted,

ARNOLD & ITKIN, LLP

/s/ *Ben Bireley*

_____

Jason A. Itkin
Texas Bar No. 24032461
Noah M. Wexler
Texas State Bar No. 24060816
Ben Bireley
Texas State Bar No. 24076086
Rebecca L. Adams
Texas State Bar No. 24098255
Christopher Jake "Jake" Balser
Texas State Bar No. 24109155
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
jitkin@arnolditkin.com
nwexler@arnolditkin.com
bbireley@arnolditkin.com
radams@arnolditkin.com
jbalser@arnolditkin.com
laiteam@arnolditkin.com
e-service@arnolditkin.com

**Plaintiff's Attorneys**

5