IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. WELL SERVICES, LLC<br>*Plaintiff,*<br><br>v.<br><br>ACME TRUCK LINES, INC.<br>*Defendant.* | § § § § § § § | Case No. 4:22-cv- 00266 |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Plaintiff U.S. Well Services, LLC hereby disclose the following:

1. Plaintiff U.S. Well Services, LLC is a wholly owned subsidiary of USWS Holdings, LLC, whose parent corporation is U.S. Well Services, Inc.

2. U.S. Well Services, Inc. is a publicly traded company (NASDAQ: USWS). U.S. Well Services, Inc. has no parent corporation, and no publicly traded company owns more than 10% of its stock.

DATED: February 14, 2022

                                          Respectfully submitted,
                                          **LANZA LAW FIRM, PC**

                                BY: ____/s/   *Matthew L. Witherel*_____
                                          Nicholas J. Lanza
                                          SBN: 11941225
                                          E-Mail: nlanza@lanzalawfirm.com
                                          E-Service: eservice@lanzalawfirm.com
                                          Matthew L. Witherel
                                          SBN: 24081385

E-Mail: mwitherel@lanzalawfirm.com
E-Service: eservicel@lanzalawfirm.com
4950 Bissonnet Street
Houston, Texas 77401
Phone: (713) 432-9090
Fax: (713) 668-6417

**ATTORNEYS FOR PLAINTIFF U.S. WELL SERVICES, LLC**