AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| U.S. WELL SERVICES, LLC <br><br> *Plaintiff(s)* <br> v. <br> ACME TRUCK LINES, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:22-cv-00266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ACME TRUCK LINES, INC.
Registered Agent The Prentice Hall Corporation
211 E. 7th Street, Suite 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: U.S WELL SERVICES, LLC
c/o LANZA LAW FIRM, PC
Matthew L. Witherel
4950 Bissonnet
Bellaire, Texas 77401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: February 17, 2022



*s/ H. Lerma*
Signature of Clerk or Deputy Clerk

Civil Action No. 4:22-cv-00266

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **ACME TRUCK LINES, INC.**
was received by me on *(date)* **02/18/2022**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Kaneisha Gross, Associate Customer Service Associa** , who is designated by law to accept service of process on behalf of *(name of organization)* **The Prentice Hall Corporation, as registered agent for ACME TRUCK LINES, INC.** on *(date)* **02/18/2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ **0.00** for travel and $ **90.00** for services, for a total of $ **90.00** .

I declare under penalty of perjury that this information is true.

Date: **02/22/2022**

*Server's signature*

**Kevin Blandford, Process Server**
*Printed name and title*

**P.O. Box 937, Austin, Texas 78767**
*Server's address*

Additional information regarding attempted service, etc: